# LAW OFFICES OF
# JohnT.Orcutt



**Mailing address:**  
6616 Six Forks Rd.  
Suite 203  
Raleigh, NC 27615

**Telephone:**  
(919) 847-9750  
(800) 899-1414  
(919) 847-3439 (fax)

**Offices:**  
Raleigh  
Durham  
Fayetteville  
Wilson

March 17, 2010

United States Bankruptcy Court  
Post Office Box 26100  
Greensboro, NC 27420

Re: Debtor: Bryan Steven Autry &  
　　　　　　 Crystal Gale Autry

　Case No.: 09-80303  
　Chapter: 13

Dear Clerk of Court:  
Please re-issue Summons and Notice for AP # 10-9003. Summons was not served within the time allowed.

Thank you for your kind attention to this matter

Sincerely

/s/ Edward Boltz  
Edward Boltz