# LAW OFFICES OF
# JohnT.Orcutt



**Mailing address:**  **Telephone:**  **Offices:**
6616 Six Forks Rd.  (919) 847-9750  Raleigh
Suite 203  (800) 899-1414  Durham
Raleigh, NC 27615  (919) 847-3439 (fax)  Fayetteville
  Wilson

March 17, 2010

United States Bankruptcy Court
Post Office Box 26100
Greensboro, NC 27420

Re: Debtor: Bryan Steven Autry &
 Crystal Gale Autry

  Case No.: 09-80303
   Chapter: 13

Dear Clerk of Court:
Please re-issue Summons and Notice for AP # 10-9003. Summons was not served within the time allowed.

Thank you for your kind attention to this matter


Sincerely

/s/ Edward Boltz
Edward Boltz