UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Bryan Steven Autry and
Crystal Gale Autry**,

Bankruptcy Case No.: 09-80303

Soc. Sec. Nos. xxx-xx-8823 & xxx-xx-3165
Mailing Address: 212 Hemlock Drive,  , Durham, NC 27705-

Debtors.

**Bryan Steven Autry and
Crystal Gale Autry**,

Plaintiffs,

A.P. No.: 10-9003

**National City Mortgage/National City Bank,**

Defendant.

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify that service of the **Summons** issued in this adversary proceeding, together with a copy of the **Complaint**, was made on 3/19/2010, by:

Mail service: **Electronically**, or **Regular, first class United States mail**, postage fully pre-paid, addressed to:

| | |
|---|---|
| Richard M. Hutson, II | Michael D. West |
| Chapter 13 Trustee | Bankruptcy Administrator |
| Post Office Box 3613 | Post Office Box 1828 |
| Durham, N C 27702 | Greensboro, NC 27402 |

National City Mortgage/National City Bank
**Attn: Managing Agent**
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342-

and <u>also</u> by **certified mail, return receipt requested**, addressed to:

National City Mortgage/National City Bank
**Attn: Managing Agent**
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342-

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____3/19/10

/s Renee Nolte
Renee Nolte