UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Bryan Steven Autry and**
**Crystal Gale Autry**,                               Bankruptcy Case No.: 09-80303

Soc. Sec. Nos. xxx-xx-8823 & xxx-xx-3165
Mailing Address: 212 Hemlock Drive,  , Durham,
NC 27705-

                               Debtors.

**Bryan Steven Autry and**
**Crystal Gale Autry**,                               A.P. No.:__10-9003
              Plaintiffs,

**National City Mortgage/National City Bank,**
                      Defendant.

## MOTION FOR DISMISSAL OF COMPLAINT OBJECTING TO CLAIM
## AND TO DETERMINE VALIDITY OF LIEN

    The Plaintiffs hereby respectfully move the Court, prior to the filing of any responsive pleading, for an Order dismissing this action as all documents in question have now been filed .

Dated: April 20, 2010

                                       **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                                       /s Edward Boltz
                                       Edward Boltz
                                       Attorney for the  Plaintiffs
                                       North Carolina State Bar No.:  23003
                                       6616-203 Six Forks Road
                                       Raleigh, N.C. 27615
                                       (919) 847-9750

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Bryan Steven Autry and
Crystal Gale Autry**,            Bankruptcy Case No.: 09-80303

Soc. Sec. Nos. xxx-xx-8823 & xxx-xx-3165
Mailing Address: 212 Hemlock Drive, , Durham, NC 27705-

                         Debtors.

**Bryan Steven Autry and
Crystal Gale Autry**,            A.P. No.: 10-9003

                         Plaintiffs,

**National City Mortgage/National City Bank,**
                         Defendant.

### CERTIFICATE OF SERVICE AFFIDAVIT OF SERVICE

I, Renee Nolte, certify, under penalty of perjury, that I am, and at all times during this service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made, and that service of the **Summons** issued in this adversary proceeding, together with a copy of the **MOTION FOR DISMISSAL OF COMPLAINT OBJECTING TO CLAIM AND TO DETERMINE VALIDITY OF LIEN**, was made pursuant to Bankruptcy Rule 7004(b) on August 4, 2009, **electronically, or when unavailable by regular, first class United States mail**, postage fully pre-paid, addressed to:

| | |
|---|---|
| Richard M. Hutson, II<br>Chapter 13 Trustee<br>Post Office Box 3613<br>Durham, N C 27702 | Michael D. West<br>Bankruptcy Administrator<br>Post Office Box 1828<br>Greensboro, NC 27402 |
| National City Mortgage/National City Bank<br>**Attn: Managing Agent**<br>Bankruptcy Department<br>3232 Newmark Drive<br>Miamisburg, OH 45342- | Hutchens, Senter & Britton, P.A.<br>4317 Ramsey Street<br>Fayetteville, NC 28311 |

and <u>also</u> by **certified mail, return receipt requested**, addressed to:

National City Mortgage/National City Bank
**Attn: Managing Agent**
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342-

Under penalty of perjury, I declare that the foregoing is true and correct.

                                    /s Renee Nolte
                                    Renee Nolte